**Order entered February 22, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00123-CV

### IN RE LAKEITH AMIR-SHARIF, Relator

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-09-7655-S**

## ORDER

The Court has before it the Office of the Attorney General's request for an extension of time in which to respond to this petition. The Court **GRANTS** the request and **ORDERS** that any responses to this petition be filed by March 4, 2013.

/s/     JIM MOSELEY
          JUSTICE